IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICAH HILL, | * | |
| Plaintiff, | * | |
| v. | * | Case No. TJS-26-1803 |
| FEDERAL BUREAU OF INVESTIGATION CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, | * * | |
| Defendant. | | |

* * * * * *

**MEMORANDUM AND ORDER**

Pending before the Court are two motions filed by Pro Se Plaintiff Micah Hill.[1] ECF Nos. 56, 57. Having considered the filings, I find that a hearing is unnecessary. *See* Loc. R. 105.6.

Pursuant to Federal Rule of Civil Procedure 7, a "request for a court order must be made by [a] motion" that states "with particularly the grounds for seeking the order" and "the relief sought." Fed. R. Civ. P. 7(b)(1). Here, Plaintiff's motions list the verbatim text of several Local Rules and Federal Rules of Civil Procedure. It is unclear what relief Plaintiff seeks or on what grounds. Accordingly, the motions are **DENIED**.

September 21, 2026
Date

/s/
Timothy J. Sullivan
Chief United States Magistrate Judge

[1] In accordance with 28 U.S.C. § 636(c), all parties have voluntarily consented to have the undersigned conduct all further proceedings in this case, including trial and entry of final judgment, and conduct all post-judgment proceedings, with direct review by the Fourth Circuit Court of Appeals, if an appeal is filed. ECF No. 29.